contributory negligence were clearly for the jury. The judgment and order should be affirmed, with costs. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur. Judgment and order affirmed, with costs.

In the Matter of the Application of CHARLES PASCHAL BARRE for Admission to the Bar. (From the State of South Carolina.) — Application granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of WALTER A. HARDMAN for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of LINCOLN W. MORRISON for Admission to the Bar. (From the State of Connecticut.) — Application granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of H. DORSEY SPENCER for Admission to the Bar. (From the Commonwealth of Massachusetts.) — Application granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of ARTHUR H. STETSON for Admission to the Bar. (From the State of Maine.) — Application granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of ALEXANDER STRONACH for Admission to the Bar. (From the State of North Carolina.) — Application granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

WILLIAM ASH, Respondent, v. PEEKSKILL ICE COMPANY, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

EDWARD P. BAKER, Respondent, v. ELIZABETH G. COOPER and Others, Appellants.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

RALPH W. BOOTH, JR., Respondent, v. NEW PROCESS CORK COMPANY, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

CASALINO CONTRACTING COMPANY, INC., Appellant, v. KEAP CONSTRUCTION COMPANY, Respondent.— Motion denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

THE CITY OF NEW YORK, Respondent, v. THE FEDERAL HOLDING COMPANY and Others, Appellants.— Motion to dismiss appeal granted, unless appellants perfect the appeal, place the case on the calendar and be ready for argument on April 15, 1921, for which date the hearing of this cause is specially assigned. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOHN L. CLYDE, Respondent, v. WALTER WOOD, etc., Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

GEORGE H. FRASER, Appellant, v. HORACE L. KENT, Respondent.— Motion denied, without costs. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.